## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                         CHAPTER 13
JERRY L. ROSE
LINDA L. ROSE                                  CASE NO. 13-82070

### **NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    US Bank Trust NA**                **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 4746

---

**Final Cure Amount**

Amount of Prepetition Arrears        $17098.29 (Per Amended Claim Filed 1/30/14)

Amount Paid by Trustee               $11256.00 (Per Confirmed Plan Filed 8/7/13)

---

**Monthly ongoing Mortgage Payment**

Mortgage is paid:

☐      Thru the Chapter 13 Plan        ☒      Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   11/1/17                          /s/Lydia S. Meyer
                                          Lydia S. Meyer, Trustee
                                          308 W. State St., Suite 212
                                          Rockford, IL  61101

### Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of November, 2017.

Dated:   11/1/17                          /s/Cynthia K. Burnard

US BANK TRUST NA
% CALIBER HOME LOANS INC
13801 WIRELESS WAY
OKLAHOMA CITY, OK 73134

BENEFICIAL ILLINOIS
C/O FREEDMAN ANSELMO LINDBERG LLC
1807 W. DIEHL RD., SUITE 333
NAPERVILLE, IL  60563-1890

TODD J. RUCHMAN
MANLEY DEAS KOCHALSKI LLC
PO BOX 165028
COLUMBUS, OH 43216-5028

JERRY L. ROSE
LINDA L. ROSE
1418 . 11TH AVE.
BELVIDERE, IL  61008

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111